UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| WAYNE A. HUSSAR, II, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-7-BLG-SPW-TJC |
| vs. | |
| BILLINGS CHIEF OF POLICE, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 18, 2024 (Doc. 2), this action is DISMISSED.

Dated this 14th day of February, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk